NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LETRELL DURAE McKNIGHT, )
)
Appellant, )
)
v. ) Case No. 2D18-1863
)
STATE OF FLORIDA, )
)
Appellee. )
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.



PER CURIAM.


        Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.